CHAPIN v. CHIPPEWA CIRCUIT JUDGE.

APPEAL AND ERROR—EXTENSION OF TIME TO SETTLE CASE FOR REVIEW
—JURISDICTION.

> A circuit judge has jurisdiction to grant an extension of time
> within which to settle a case for review upon motion filed
> within 20 days after a decree although the time noticed for
> hearing be beyond the 20-day period, and where it appears that
> a copy of the transcript of testimony and proposed case on
> appeal had been served, the circuit judge is ordered to extend
> the time and settle the proposed case on appeal.

Mandamus by William S. Chapin, receiver of
Rheinbrau Brewing Company, to compel Herbert
W. Runnels, Chippewa Circuit Judge, to grant an
extension of time within which to settle a record on
appeal in a chancery case. Submitted October 10,
1939. (Calendar No. 40,304.) Decided December 20,
1939.

*Henry A. Platt,* for plaintiff.

*William C. O'Keefe, Frank P. Sullivan,* and *Leigh
C. Caswell,* for defendant.

WIEST, J. Within 20 days after a decree dismissing plaintiff's bill of complaint became final, plaintiff, of right, filed a claim of appeal and a motion to extend the time for settling a case for review, noticing the hearing thereof for a day beyond the 20-day period.

Upon hearing the motion the circuit judge denied extension of time, holding want of jurisdiction in the

absence of an extension asked for and granted within the 20-day period.

Plaintiff seeks our direction to the circuit judge to extend the time or have our extension.

It appears that a copy of the transcript of testimony and proposed case on appeal had been served.

The circuit judge had jurisdiction to grant an extension and, under the circumstances, should have exercised the power. *Andres* v. *Washtenaw Circuit Judge,* 287 Mich. 412.

The circuit judge is directed to settle the bill of exceptions.

No costs.

BUTZEL, C. J., and BUSHNELL, SHARPE, POTTER, CHANDLER, NORTH, and McALLISTER, JJ., concurred.